**Motion Granted in Part and Order filed July 10, 2018**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00041-CV
_____

## IN THE MATTER OF J.K

---

**On Appeal from the County Court at Law #4
Fort Bend County, Texas
Trial Court Cause No. 17-CJV-021351**

---

## ORDER

This is an appeal from a judgment and order of adjudication finding that appellant, a juvenile, engaged in delinquent conduct. Tex. Fam. Code Ann. § 53.01. Appellant is represented by appointed counsel, **Leigh Love**. Appellant's brief was originally due April 6, 2018. We have granted a total of 90 days to file appellant's brief until July 5, 2018. When we granted the last extension, we cautioned no further extensions would be granted absent extraordinary circumstances.

On June 29, 2018, counsel filed a further request for extension of time of 90 days (until October 3, 2018) to file appellant's brief. The motion for extension states counsel's daughter had recently been ill and hospitalized for a week.

We **GRANT** the motion **IN PART** until **August 6, 2018**. **No further extensions will be granted.**

If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby